1172

No. 01–7958. MAGGARD v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 01–7962. LEE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–7963. TRUJILLO-PEREZ v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 01–7972. MORALES-SOSA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–7994. ZUNIGA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–7998. GONZALEZ v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 01–8049. AYALA v. DEWITT, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 01–846. COOK ET VIR v. HUGHES TRAINING, INC., ET AL. C. A. 5th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 01–847. APOTEX USA, INC. v. MERCK & CO., INC. C. A. Fed. Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 01–7401. HOUSEL v. HEAD, WARDEN. C. A. 11th Cir. Motion of Parliamentary Supporters of Tracy Housel et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 00–10037. NARY v. HENNESSEY, SHERIFF, *ante*, p. 840;
No. 00–10250. KINCAID v. COUNTY OF SACRAMENTO ET AL., *ante*, p. 945;
No. 00–10662. FERQUERON v. MICHIGAN, *ante*, p. 871;
No. 00–10882. BROADEN v. LOUISIANA, *ante*, p. 884;
No. 01–510. UNITED STATES EX REL. GARIBALDI ET AL. v. ORLEANS PARISH SCHOOL BOARD, *ante*, p. 1078;
No. 01–610. ALI v. HOFBAUER, WARDEN, *ante*, p. 1067;

No. 01–826.  IN RE VEY, *ante*, p. 1077;

No. 01–5147.  UGOCHUKWU *v.* UNITED STATES, *ante*, p. 905;

No. 01–5182.  KLEIN *v.* EDWARDS, WARDEN, *ante*, p. 907;

No. 01–5328.  PARKER *v.* HOLT, WARDEN, *ante*, p. 1023;

No. 01–5573.  MCBRIDE *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, *ante*, p. 958;

No. 01–6308.  WILLIAMS *v.* TYSZKIEWICZ, WARDEN, *ante*, p. 1027;

No. 01–6634.  HERRON *v.* SCHRIRO, DIRECTOR, MISSOURI DEPARTMENT OF CORRECTIONS, ET AL., *ante*, p. 1059;

No. 01–6776.  LAYTON *v.* GENERAL MOTORS CORP. ET AL., *ante*, p. 1069; and

No. 01–6808.  MILLER *v.* UNITED STATES, *ante*, p. 1035.  Petitions for rehearing denied.

FEBRUARY 28, 2002

No. 01A665.  DELK *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied.

MARCH 1, 2002

No. 01A649.  BRANCH ET AL. *v.* SMITH ET AL.  Application for stay and injunction, addressed to JUSTICE SOUTER and referred to the Court, denied.